# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Harley Davidson,                          :
                     Petitioner           :
                                          :
          v.                              :          No. 1274 C.D. 2019
                                          :
Workers' Compensation Appeal              :
Board (Ness),                             :
                     Respondent           :


**PER CURIAM**                    **O R D E R**

       NOW, August 17, 2020, upon consideration of Petitioner's application for reargument, and Respondent Brian Ness's answer in response thereto, the application is denied.